AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RICHARD ANDERSON,

    Plaintiff,                     JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: **3:11-cv-00626-LRH-VPC**

ROBERT BANNISTER, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for the failure of plaintiff to file an amended complaint.

   December 2, 2011                                                                   **LANCE S. WILSON**
                                                                                                       Clerk

                                                                                                     /s/ Katie Lynn Ogden
                                                                                                       Deputy Clerk