UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD ANDERSON, | ) | 3:11-CV-0626-LRH (VPC) |
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **OF U.S. MAGISTRATE JUDGE** |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

This report and recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

*Pro se* plaintiff, Richard Anderson, is currently incarcerated by the Nevada Department of Corrections in the Northern Nevada Correctional Center. Plaintiff filed a first amended complaint pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to his medical needs (#13). Plaintiff's first amended complaint was properly screened under 28 U.S.C. § 1915A and was permitted to proceed (#14).

Defendants' filed a motion to dismiss plaintiff's complaint for failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) (#27). In response to defendants' motion, plaintiff has moved to voluntarily dismiss his complaint without prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1) & (2) (#29). No opposition to plaintiff's motion was filed.

Therefore, the undersigned Magistrate Judge recommends that plaintiff's motion to voluntarily dismiss complaint without prejudice (#29) be granted and plaintiff's first amended complaint (#13) be dismissed without prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## **RECOMMENDATION**

For the reasons stated above, the undersigned Magistrate Judge recommends that the District Judge enter an order as follows:

1. **GRANTING** plaintiff's motion to voluntarily dismiss complaint without prejudice (#29); and

2. **DISMISSING** plaintiff's first amended complaint (#13) without prejudice.

DATED: January 3, 2013.

_____
UNITED STATES MAGISTRATE JUDGE