UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| RICHARD ANDERSON | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00626-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ROBERT BANNISTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#30[1]) entered on January 3, 2013, recommending granting Plaintiff's Motion to Voluntarily Dismiss Complaint Without Prejudice (#29), filed on November 28, 2012, and dismissing Plaintiff's First Amended Complaint (#13) filed on March 21, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

1  (#30) entered on January 3, 2013, should be adopted and accepted.

2  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#30) entered on January 3, 2013, is adopted and accepted, and Plaintiff's Motion to Voluntarily Dismiss Complaint Without Prejudice (#29) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint (#13) is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE